UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGOINVEST DD,<br><br>               Petitioner,<br><br>       v.<br><br>DEMOCRATIC REPUBLIC<br>OF CONGO and SOCIETE NATIONALE<br>D'ELECTRICITE (S.N.E.L.),<br><br>              Respondents. | CIV. _____ ( ) |

## AFFIDAVIT OF PETER R. GRIFFIN

I, Peter R. Griffin, pursuant to 28 U.S.C. § 1746, hereby certify under penalty of perjury as follows:

1.     I am a Partner of the law firm of Shearman & Sterling LLP.  I represented Energoinvest in the arbitration proceedings before the International Court of Arbitration in Docket No. 11441.

2.     The attached copy of the "Accord de Credit" and the "Convention de Reechelonnement" are accurate, true and correct reproductions of those original agreements.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 16th day of June, 2003.

_____
(signature)

**FILED**

JUN 17 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

03-1314

1

# A C C O R D   D E   C R E D I T.-

================================================

## ENTRE LES SOUSSIGNES

Le Conseil Exécutif de la République du Zaïre représenté par le
Département de l'Energie et le Département des Finances

ci-après dénommé " L'EMPRUNTEUR "

d'une part

## ET

La Société ENERGOINVEST, J.N.A. 20, SARAJEVO, Yougoslavie, repré-
sentée par le Président de son Comité d'Affaires,

ci-après dénommé " LE PRETEUR "

d'autre part.

### IL A PREALABLEMENT ETE EXPOSE CE QUI SUIT :

Le Zaïre, pays jeune et en pleine croissance économique, a décidé de moderniser
son infrastructure et compte y parvenir notamment par le biais de la coopération
bilatérale et multilatérale.

A cet effet, le Conseil Exécutif du Zaïre ayant jugé nécessaire de construire par
l'intermédiaire de la S.N.EL., Société Nationale d'Electricité, une ligne de trans-
port d'énergie électrique de haute tension de 110 KV allant de BUKAVU jusqu'à GOMA
en passant par KATANA, y compris deux postes de transformation ainsi que des postes
de distribution pour le réseau moyenne tension dans la ville de GOMA, bénéficiera d'un
crédit de ENERGOINVEST, Société Yougoslave, aux conditions spécifiques et garanties
définies dans le présent Accord de Crédit.

L'EMPRUNTEUR s'oblige, pour la réalisation de cet investissement, de subroger
sa Société Nationale d'Electricité, la S.N.EL.

Par ailleurs, afin de garantir une meilleure exécution des obligations découlant
du présent Contrat, ENERGOINVEST et la S.N.EL. conclueront un Contrat Technique
qui lui sera annexé et qui règlera notamment les questions des études, de la four-
niture des équipements et de la supervision des montages des travaux techniques.

<u>EN CONSEQUENCE, IL A ETE CONVENU ET ARRETE CE QUI SUIT :</u>

Article I.

1.1    Par le présent Accord de Crédit, le PRETEUR s'engage à financer 85 % de la
       valeur totale estimée en devises étrangères du marché, soit environ
       15,18 millions de dollars US, pour la réalisation de l'investissement.

       La valeur est exprimée en US dollars au taux de parité de 1 US$=0,7347 DTS.
       Le matériel sera rendu CIF port africain.-

1.2    L'équipement comprend d'une façon générale :

       1.2.1   Le matériel pour la construction de la ligne de transport et des deux
               postes de transformation, étant donné que la nouvelle ligne va relier
               KATANA et GOMA et que les postes de transformation seront implantés à
               KATANA et à GOMA.

       1.2.2   Le matériel nécessaire à la reconstruction de la ligne existante -
               actuellement 70 KV - entre BUKAVU et KATANA, et à l'élévation de la
               tension à 110 KV.

       1.2.3   Le matériel pour le réseau de distribution moyenne tension dans la ville
               de GOMA.

       1.2.4   Les études relatives aux points 1.2.1, 1.2.2, 1.2.3.

       1.2.5   La supervision des montages des travaux.

- 3 -

1.3   Dans le cas où le crédit de 15,18 millions de dollars US prévu au point
      1.1 ne serait pas suffisant pour la réalisation des points 1.2.1, 1.2.2,
      1.2.3, 1.2.4, 1.2.5, le PRETEUR s'engage d'élever le montant du crédit
      pour l'achèvement complet du projet.-

Article 2.-

2.1   Ainsi qu'il a été exposé au Préambule, le PRETEUR et l'EMPRUNTEUR conclueront
      un Contrat Technique qui sera annexé à cet Accord de Crédit.

2.2   Le Contrat Technique définira dans les détails la valeur totale de l'inves-
      tissement, la durée des travaux, les conditions des études à faire, des four-
      nitures de l'équipement et de la supervision du montage.

2.3   Les paiements à opérer dans le cadre du présent Accord de Crédit et du Contrat
      Technique seront exprimés en US dollars pour la partie étrangère et en Zaïres
      (monnaie locale) pour la partie zaïroise.

2.4   Tous les paiements en faveur du PRETEUR stipulés dans le présent Accord de Cré-
      dit et dans le Contrat Technique seront exécutés par l'intermédiaire de la
      BANQUE DU ZAIRE et de PRIVREDNA BANKA, SARAJEVO.

Article 3.-

3.1   A la signature du présent Accord de Crédit, l'EMPRUNTEUR contracte les obliga-
      tions suivantes à l'endroit du PRETEUR en ce qui concerne le paiement des four-
      nitures livrées par celui-ci :

      3.1.1   Le paiement d'un acompte de 5 % de la valeur totale estimée du marché
              et ce, par virement du montant au profit du PRETEUR, dans un délai de
              30 jours prenant cours à dater de la signature du Contrat Technique.

      3.1.2   L'ouverture en faveur du PRETEUR, d'une lettre de crédit documentaire
              d'un montant de 10 % de la valeur totale estimée qui sera fixée dans le
              Contrat Technique. Le crédit documentaire est payable sur base des livrai
              sons effectuées. La lettre de crédit documentaire ainsi définie est con-
              firmée, irrévocable, transférable, divisible et ouverte dans un délai de
              3 mois suivant la signature du Contrat Technique. Le crédit documentaire
              devra être payé dans les 30 jours après la date d'embarquement sur présen
              tation des documents d'expédition.

– 4 –

3.1.3   Les paiements de l'acompte et du crédit documentaire arrêtés aux
points 3.1.1 et 3.1.2 ci-dessus seront effectués auprès de la
PRIVREDNA BANKA, SARAJEVO au compte du PRETEUR, par une banque étran-
gère de premier ordre, agréée par le PRETEUR.

3.1.4   Dans le délai de 30 jours suivant la signature du Contrat Technique,
le PRETEUR obtiendra de la BANQUE DU ZAIRE la garantie de transfert
couvrant le montant total du crédit octroyé aux termes du présent
Accord de Crédit.

3.2   Afin de garantir la bonne exécution des obligations stipulées au Contrat Tech-
nique, le PRETEUR émettra, au moment du paiement des 5 % repris au point 1.1,
une caution bancaire d'un montant égal à cet acompte en faveur de l'EMPRUNTEUR.
Cette caution bancaire expirera dès que la valeur des équipements livrés attein-
dra le montant de l'acompte.

Article 4.–

4.1   Le montant du financement accordé aux termes du présent Accord de Crédit (Art.I.1
produira des intérêts intercalaires au taux de 6 % l'an, calculés sur la base
des jours réels, pendant 24 mois prenant cours à la date de signature de cet
Accord.

4.2   Au bout de 24 mois, les intérêts ainsi calculés seront ajoutés au montant financé
et capitalisé. Le capital ainsi formé sera remboursé en 8 ans et en 16 tranches
semestrielles dont le paiement de la première tranche vient à échéance 48 mois
après la signature de l'Accord de crédit.

4.3   Le montant ainsi formé au point 4.2 portera un intérêt de 6 % l'an calculé sur
base de jours réels dont le remboursement s'échelonnera sur 10 ans et en 20 tran-
ches semestrielles. La 1ère tranche vient à échéance au 30è mois à partir de
la signature de l'Accord de Crédit.

4.4   A défaut de paiement d'une tranche semestrielle pendant toutes les périodes de
remboursement et à l'échéance, l'EMPRUNTEUR encourra une pénalisation de l'ordre
de 50 % de l'intérêt principal.

- 5 -

4.5   Le PRETEUR, pour obtenir le remboursement du crédit, émettra dès le versement
de l'acompte stipulé au point 3.1.1, 20 traites pour l'intérêt et 16 traites
pour le principal tirées sur la S.N.EL. et sur lesquelles le Conseil Exécutif
du Zaïre devra donner son aval pour la SNEL.

Conformément aux réglementations en matière de paiements à l'extérieur, la
BANQUE DU ZAIRE assurera la garantie des transferts aux échéances.

4.6   Un échéancier sera tenu par les parties signataires ou par leurs banques
respectives afin de régulariser les paiements prévus aux échéances.

4.7   Le PRETEUR pourra librement endosser les effets, les réaliser ou les utiliser
comme dépôt de garantie.

L'EMPRUNTEUR ne pourra en aucun cas refuser d'effectuer le règlement des traite:
aux dates des échéances fixées.

## Article 5.-

Toute charge (impôt, droits et frais divers) imposable en République du Zaïre, sur
le montant principal de l'investissement ou sur les intérêts résultant du présent
Accord de Crédit sera supportée exclusivement par l'EMPRUNTEUR ou la S.N.EL.

## Article 6.-

Tout différend ou litige pouvant découler du présent Accord de Crédit sera préalablem
soumis à un règlement amiable entre parties.

A défaut d'une telle solution amiable et satisfaisante, le différend ou litige sera s
mis au Conseil d'Arbitrage désigné suivant le rgèlement de conciliation et d'arbitrag
de la Chambre de Commerce International de Paris. Pour le règlement du conflit, le
Conseil d'Arbitrage siègera à ZURICH et les droits matériels suisses seront d'applica
tion.-

## Article 7.-

7.1   Le présent Accord de Crédit entrera en vigueur après sa signature par le
PRETEUR et l'EMPRUNTEUR et après approbation par les Autorités Compétentes
de la Yougoslavie, dans un délai de 60 jours suivant la signature du présent
Accord de Crédit.

7.2   Si, dans un délai de 6 mois suivant la signature de l'Accord de Crédit,
le Contrat Technique n'était pas conclu, les termes du présent Accord
de Crédit seraient réputés caducs.

7.3   Le présent Accord de Crédit est rédigé en langue française et en dix
exemplaires originaux.-


Fait à Kinshasa, le    2 AVR. 1980


Pour le PRETEUR                                           Pour la SNEL,
LE PRESIDENT DU COMITE D'AFFAIRES,                        LE PRESIDENT DELEGUE GENERAL,

DRAGUTIN KOSOVAC                                          MUNGA Mbando


                          Pour le Conseil Exécutif


Département de l'Energie                                  Département des Finances
LE COMMISSAIRE D'ETAT,                                    LE COMMISSAIRE D'ETAT,

MANANGA ma UMBA MAKO                                      NAMWISI ma KOYI

## CONVENTION DE RÉÉCHELONNEMENT

ENTRE     :  Le Conseil Exécutif de la République du Zaïre,
             ci-après dénommée  "le Conseil Exécutif"
             représentée par le Citoyen Commissaire d'Etat
             aux Finances, Budget et Portefeuille ;

ET        :  La Société ENERGOINVEST
             Bratstva Jedinstva
             71000 SARAJEVO
             YUGOSLAVIA

Considérant l'accord de crédit signé le 02 avril 1980
entre la Société ENERGOINVEST et le Conseil Exécutif du Zaïre sur
le financement de la ligne de transport d'énergie électrique haute
tension  BUKAVU - KATANA - GOMA ;

Considérant que des échéances dudit Accord de Crédit
ont largement dépassé les termes convenus ;

Attendu que  ENERGOINVEST est disposé à répondre favo-
rablement à la demande de rééchelonnement des échéances en arriéré
au 31 décembre 1985 et de celles à échoir en 1986 dans le cadre de
la Déclaration de Principe du Club de Kinshasa, Déclaration portant
sur les conditions de rééchelonnement des créances hors des Clubs
de Paris et de Londres, notamment sur la comparabilité des termes
de rééchelonnement,

Il a été arrêté et convenu ce qui suit :

./..

Article 1er : ENERGOINVEST accorde à la République du Zaïre le
rééchelonnement des montants en arriéré de paiement
au 31 décembre 1985 et des montants échus et à
échoir en 1986.

Le montant total rééchelonné est de US$ 11.691.047,94
soit : - US$ 2.549.063,16  au titre d'acompte à
l'accord de crédit, échu et non payé ;
- US$ 3.272.098,00  au titre des intérêts
échus et à échoir jusqu'au 31 décembre 1986 ;
- US$ 5.869.886,78  au titre du principal
échu et à échoir jusqu'au 31 décembre 1986.

Article 2 : Le montant rééchelonné au titre du principal,
soit US$ 5.869.886,78, portera un taux d'intérêt
de 6 % par an, calculé à partir du 02 octobre 1986.

Article 3 : Les termes de ce rééchelonnement sont définis dans
un échéancier complet annexé à la présente convention
et faisant partie intégrante de celle-ci.
L'échéancier indique les dates d'échéances et les
montants exigibles à ces dates.

Article 4 : Les anciens billets à ordre relatifs aux échéances
consolidés seront remplacés par de nouveaux billets
à ordre, pour le principal rééchelonné et les intérêts
de rééchelonnement, tel que défini dans l'échéancier
dont question à l'article 3.

Article 5 : Les échéances de l'accord de crédit à partir du
1er janvier 1987, ne sont pas affectés par la
présente convention.

Article 6 : ENERGOINVEST obtiendra de la Banque du Zaïre
la garantie de transfert du montant total du rééche-
lonnement tel que prévu à l'article 1.

./..

Article 7   :  La présente convention fait partie intégrante de
l'accord de crédit du 02 avril 1980 et toutes les
clauses y insérées restent valables.

Elle entre, néanmoins, en vigueur à la triple con-
dition suivante :

1°)  La réception par ENERGOINVEST de la garantie de
la Banque du Zaïre prévue à l'article 6.

2°)  La remise à ENERGOINVEST des nouveaux billets à
ordre signés et avalisés  conformément à
l'article 4.5  de l'accord de crédit prérappelé.

3°)  La restitution par ENERGOINVEST des anciens
billets à ordre.


En foi de quoi, les parties contractantes agissant par leurs
représentants à ce dûment autorisés, ont signé la présente convention.



Fait à Kinshasa, le



POUR ENERGOINVEST,                          POUR LE CONSEIL EXECUTIF
                                            DE LA REPUBLIQUE DU ZAIRE,

                                            Le Commissr d'état
                                            aux Finances et   u.lge:

                                            Djombolek  Com  O'itonaone


31.05.1986.

ECHEANCIER

(en US $)

| DATES | MONTANTS | INTERETS | TOTAUX |
|---|---|---|---|
| 15 mai 1986 | 424.843,86 | - | 424.843,86 |
| 15 juin 1986 | 424.843,86 | - | 424.843,86 |
| 30 juin 1986 | 1.636.049,00 | - | 1.636.049,00 |
| 15 juillet 1986 | 424.843,86 | - | 424.843,86 |
| 15 août 1986 | 424.843,86 | - | 424.843,86 |
| 15 septembre 1986 | 424.843,86 | - | 424.843,86 |
| 15 octobre 1986 | 424.843,86 | - | 424.843,86 |
| 31 janvier 1987 | 272.674,83 | - | 272.674,83 |
| 28 février 1987 | 272.674,83 | - | 272.674,83 |
| 31 mars 1987 | 272.674,83 | - | 272.674,83 |
| 02 avril 1987 | 489.157,25 | 175.614,14 | 664.771,39 |
| 30 avril 1987 | 272.674,83 | - | 272.674,83 |
| 31 mai 1987 | 272.674,83 | - | 272.674,83 |
| 30 juin 1987 | 272.674,85 | - | 272.674,85 |
| 02 octobre 1987 | 489.157,23 | 161.864,14 | 651.021,37 |
| 02 avril 1988 | 489.157,23 | 146.345,12 | 635.502,35 |
| 02 octobre 1988 | 489.157,23 | 132.434,30 | 621.591,53 |
| 02 avril 1989 | 489.157,23 | 117.076,10 | 606.233,33 |
| 02 octobre 1989 | 489.157,23 | 103.004,45 | 592.161,68 |
| 02 avril 1990 | 489.157,23 | 87.807,08 | 576.964,31 |
| 02 octobre 1990 | 489.157,23 | 73.124,60 | 562.281,83 |
| 02 avril 1991 | 489.157,23 | 58.538,05 | 547.695,28 |
| 02 octobre 1991 | 489.157,23 | 44.144,77 | 533.302,00 |
| 02 avril 1992 | 489.157,23 | 29.269,03 | 518.426,26 |
| 02 octobre 1992 | 489.157,23 | 14.714,92 | 503.872,15 |
|  | 11.691.047,94 | 1.143.936,70 | 12.834.984,64 |

31.05.1986.