UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGOINVEST DD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEMOCRATIC REPUBLIC<br>OF CONGO and SOCIETE NATIONALE<br>D'ELECTRICITE (S.N.E.L.),<br><br>　　　　　　Defendants. | Case No. 1:03CV01314 (RJL) |

## MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR A DEFAULT JUDGMENT AND CONFIRMATION OF ARBITRAL AWARD

Plaintiff Energoinvest, DD ("Energoinvest"), respectfully moves for expedited consideration of its Motion for a Default Judgment and Confirmation of Arbitral Award, filed on January 6, 2004. In support of this motion, Energoinvest avers as follows.

Energoinvest has moved for default judgment and confirmation of an arbitral award obtained against defendants Democratic Republic of Congo ("DRC") and Societe Nationale D'Electricite ("SNEL"). As of May 28, 2004, no part of the arbitral or any interest on that award had been paid by DRC or SNEL. Without the Court's entry of judgment against DRC and SNEL and confirmation of the arbitral award, attachment and execution on DRC's and SNEL's property in the United States cannot be ordered. Without such attachment and execution, DRC's and SNEL's U.S. assets can be sold or liquidated at any time and without prior notice. Thus, it is critical that Energoinvest's claims be reduced to judgment so that Energoinvest may proceed swiftly in subsequent attachment proceedings to satisfy the arbitral award and obtain the relief to which it is indisputably entitled.

Neither DRC nor SNEL has opposed these proceedings. As stated in Energoinvest's Memorandum in Support of Motion for a Default Judgment and Confirmation

of Arbitral Award filed with the Court on January 6, 2004, both DRC and SNEL failed to respond to the verified petition for confirmation and notice of suit within 60 days of service. Furthermore, neither DRC nor SNEL has appeared before the Court to oppose Energoinvest's pending Motion for a Default Judgment and Confirmation of Arbitral Award.

For these reasons, Energoinvest respectfully requests that the Court expeditiously consider and grant its Motion for Default Judgment and Confirmation of Arbitral Award.

    Respectfully submitted,

    SHEARMAN & STERLING LLP

    By: _____
    Neil H. Koslowe
    E-mail: neil.koslowe@shearman.com
    SHEARMAN AND STERLING LLP
    801 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004-2604
    Telephone: (202) 508-8000
    Facsimile: (202) 508-8100

    **Attorneys for Energoinvest DD**

Dated: May 28, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGOINVEST DD, <br><br> Petitioner, <br><br> v. <br><br> DEMOCRATIC REPUBLIC OF CONGO and SOCIETE NATIONALE D'ELECTRICITE (S.N.E.L.), <br><br> Respondents. | Case No. 1:03CV01314 (RJL) |

## ORDER

The Court, having considered plaintiff's Motion for Expedited Consideration of plaintiff's Motion for a Default Judgment and Confirmation of Arbitral Award and having considered the pleadings and otherwise being fully advised, **GRANTS** plaintiffs' Motion for a Default Judgment and Confirmation of Arbitral Award and directs that a judgment confirming the award be entered. The Clerk forthwith shall enter judgment and confirmation of the arbitral award for:

- US$11,725,844.96 plus interest at an annual rate of 9% on the sum of US$11,179,266.36, to be calculated based on the amount of each overdue installment payment included in said sum, starting on the respective due date and up to the date of judgment;

1

- interest at an annual rate of 5% on the sum of US$546,578.60, starting on March 4, 2001 and up to the date of judgment; and

- costs in the amount of US$25,000 for the International Court of Arbitration's administration costs, $220,900 for the fees of the arbitrators, and US$168,000 as reimbursement for expenses related to Energoinvest's defense, as provided for in the Tribunal's award.

**IT IS SO ORDERED.**


_____
RICHARD J. LEON
United States District Judge


Dated: _____

## CERTIFICATE OF SERVICE

I certify that I served plaintiff's Motion for Expedited Consideration of Plaintiff's Motion for a Default Judgment and Confirmation of Arbitral Award on defendants by causing copies to be shipped by Federal Express, shipping costs prepaid, on defendants and their known counsel as identified on the attached Service List.

_____
Neil Koslowe
Attorney.

# SERVICE LIST

**Leonard She Okitundu**
Ministere des Affaires Etrangeres
Place de l'Independence
Boite Postale 7100
Kinshasa-Gombe
Republique Democratique du Congo


**Muyumba Kalembe,**
Director General
Societe Nationale d'Electricite
2831 Avenue de la Justice
Boite Postale 500
Kinshasa-Gombe
Republique Democratique du Congo


**Didier Joseph & Daniel Fauquet**
CMS Bureau Francis Lefebvre
   *Counsel for Societe Nationale d'Electricite*
1-3, Villa Emile Bergerat
92522 Neuilly-sur-Seine Cedex
France