AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

FG Hemisphere Associates, LLC

vs.

Democratic Republic of Congo, and
Societe Nationale D'Electricite
(S.N.E.L.)

APPEARANCE

CASE NUMBER: 03-1314 (RJL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for :

Plaintiff FG Hemisphere Associates, LLC

| | |
|---|---|
| February 2, 2005 | _(signature)_ |
| Date | Signature |
| 441981 | Bradford A. Berenson |
| BAR IDENTIFICATION NO. | Print Name |
| | 1501 K Street, NW, 10th Fl. |
| | Address |
| | Washington    DC    20005 |
| | City    State    Zip Code |
| | 202/736-8971 |
| | Phone Number |